UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DEAN ANGELLE, ET AL. | CASE NO. 6:25-CV-01113 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| CVS HEALTH CORP., ET AL. | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' Motion to Remand (Rec. Doc. 21) is DENIED. Plaintiffs shall have twenty-one (21) days from this Order to file oppositions to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Rec. Doc. 18) and Motion to Compel Arbitration (Rec. Doc. 10).

Signed at Lafayette, Louisiana, this _____ day of December, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE