**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**DEAN ANGELLE, ET AL.**                          **CASE NO.  6:25-CV-01113**

**VERSUS**                                        **JUDGE ROBERT R. SUMMERHAYS**

**CVS HEALTH CORP., ET AL.**                      **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, CVS Health Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Rec. Doc. 8) is GRANTED.

Signed at Lafayette, Louisiana, this 31st day of March, 2026.

_____

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE